**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X
GREGORIO ROJAS, *et al.*,

                          Plaintiffs,

            -against-

TOP NOTCH FINISHES, INC., *et al.,*

                       Defendants.
-------------------------------------------------------------------X

                  **ORDER OF DISMISSAL**

                    22-cv-10105 (JW)

**JENNIFER E. WILLIS, United States Magistrate Judge:**

      In this action under the Fair Labor Standards Act and the New York Labor Law, which is before this Court on the consent of the parties pursuant to 28 U.S.C. § 636(c), the parties, having reached an agreement in principle to resolve the action, have placed their proposed settlement agreement before this Court for approval. See [Cheeks v. Freeport Pancake House, Inc.](#), 796 F.3d 1999 (2d Cir. 2015) (requiring judicial fairness review of FLSA settlements). The parties have also submitted a letter detailing why they believe the proposed settlement agreement is fair, reasonable, and adequate. Dkt. No. 17.

      This Court has reviewed the parties' submissions in order to determine whether the proposed agreement represents a reasonable compromise of the claims asserted in this action, and, in light of the totality of the relevant circumstances, including the representations made in the parties' letter and the terms of the proposed settlement agreement, it is hereby ORDERED that:

      1.     The Court finds that the terms of the proposed settlement agreement are fair, reasonable, and adequate, both to redress Plaintiffs' claims in this action and

to compensate Plaintiffs' counsel for their legal fees, and the agreement is therefore approved.

2.     In accordance with the parties' request, this Court will retain jurisdiction over this matter for the purpose of enforcing the settlement agreement, if necessary.

3.     As a result of the Court's approval of the parties' proposed settlement, this action is hereby discontinued with prejudice and without costs, provided, however, that, within 30 days of the date of this Order, if any aspect of written documentation of the settlement is not completed, then Plaintiffs may apply by letter for the restoration of the action to the active calendar of the Court.

4.     The Clerk of Court is respectfully requested to close this case on the Docket of the Court.

Dated: New York, New York
      July 19, 2023

SO ORDERED.

_Jennifer E. Willis_

JENNIFER E. WILLIS
United States Magistrate Judge